IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY CORNELL JONES                                    PLAINTIFF

v.                          No. 4:20-cv-923-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, Pine Bluff Work Complex                     DEFENDANT

ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 5*, as supplemented.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Jones has been released from custody. *Doc. 6*.  His complaint, *Doc. 1*, will be dismissed with prejudice for failure to state a claim.  This dismissal counts as a "strike" for purposes of the Prison Litigation Reform Act.  28 U.S.C. § 1915(g).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2020