IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY CORNELL JONES                                    PLAINTIFF

v.                          No. 4:20-cv-923-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, Pine Bluff Work Complex                    DEFENDANT

## JUDGMENT

Jones's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2020